# HPM&B
### ATTORNEYS AT LAW

99 Park Avenue  New York, NY 10016-1601
Tel: 212-286-8585  Fax: 212-490-8966
www.hpmb.com

Laura A. Del Vecchio
Associate
ldelvecchio@hpmb.com



October 4, 2007

Honorable Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York  10007

Re:  Dominick Beraducci v. The City of New York, et al.
     07CV7110
     Our File No.: 120-3150

Your Honor:

    I am an associate attorney with the law firm of Heidell, Pittoni, Murphy & Bach, LLP, of counsel to the City of New York. I respectfully write on behalf of the defendants in this case to request a forty-five day enlargement of time to respond to the Complaint filed by plaintiff Dominick Beraducci. The deadline for the defendants to respond to the Complaint is currently October 16, 2007 and we request that this time be enlarged to November 30, 2007. This is the first time an enlargement of time has been requested. I spoke to plaintiff's counsel, Andrew Stoll, on October 3, 2007 and he consented to the enlargement.

    Plaintiff Dominick Beraducci filed this action pursuant to 42 U.S.C. §§ 1983 and 1988, the Fourth and Fourteenth Amendments of the United States Constitution and the New York State Constitution. The Complaint was filed on August 9, 2007 and plaintiff served a Notice of Lawsuit and Request for Waiver of Service of Summons on August 17, 2007.

    We anticipate that we will be representing all of the defendants in this action. We have requested this enlargement of time to enable our office to contact our clients and investigate the allegations of the Complaint in accordance with our obligations under Rule 11.

    Accordingly, we respectfully request that defendant's time to answer or otherwise respond to the Complaint be enlarged to November 30, 2007.

*So Ordered*
USDJ
10/10/07

HEIDELL, PITTONI, MURPHY & BACH, LLP

483359 1

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 Oak Street | 310 Old Country Road | 81 Main Street |
| Stamford, CT 06905 | Garden City, NY 11530 | White Plains, NY 10601 |
| Tel: 203-327-1800 | Tel: 516-294-7134 | Tel: 914-559-3100 |
| Fax: 203-353-1892 | Fax: 516-294-7139 | Fax: 914-949-1160 |



Honorable Naomi R. Buchwald
Re: Dominick Beraducci v. The City of New York, et. al.
October 4, 2007
Page-2-

Thank you for your time and consideration.

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: *Laura A. Del Vecchio*
Laura A. Del Vecchio (LD4992)
99 Park Avenue
New York, NY 10016

To: Andrew Stoll, Esq.
Stoll, Glickman & Bellina
71 Nevins Street
Brooklyn, New York 11217

483359 1