## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

**Yasmin A. Ali**, being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **November 30, 2007**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

ANDREW B. STOLL, ESQ.
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York  11217
(718) 852-3710
astoll@stollglickman.com

_____
Yasmin A. Ali

Sworn to before me this
30th day of November, 2007

_____
NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 11

491997.1