**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK   )

   **Yasmin A. Ali**, being sworn, says:

   I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

   On **November 30, 2007**, I served a true copy of the annexed **ANSWER** in the following manner:  by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

ANDREW B. STOLL, ESQ.
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York  11217
(718) 852-3710
astoll@stollglickman.com

                   Yasmin A. Ali

Sworn to before me this
30th day of November, 2007

NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 _11_

491930.1