UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOMINICK BERADUCCI,

                         Plaintiff,                    07 CV 7110 (Judge Buchwald)

      - against -                         DEFENDANT PRISON
                                                                        HEALTH SERVICES,
THE CITY OF NEW YORK, DEPARTMENT OF         INC.'s RULE 7.1
CORRECTION COMMISSIONER MARTIN F.           STATEMENT
HORN, PRISON HEALTH SERVICES, INC., MICHAEL
CATALANO, C.E.O. OF PRISON HEALTH SERVICES,     TRIAL BY JURY
INC., SYLVAN SABAL, R.P.A. DOHMH MEDICAL        DEMANDED
DIRECTOR TREVOR PARKS, DOHMH PROGRAM
DIRECTOR REBECCA PINNEY, DOHMH DEPUTY
COMMISSIONER JAMES CAPOZIELLO, DOHMH
MEDICAL DIRECTOR DOCTOR BENJAMIN
OKONTA, PRISON HEALTH SERVICES, INC.,
NURSES JOHN DOE 1-5, PRISON HEALTH
SERVICES, INC., DOCTORS JOHN DOE 1-5, PRISON
HEALTH SERVICES, INC., PHYSICIANS'
ASSISTANTS 1-5, PRISON HEALTH SERVICES, INC.,
PHARMACISTS JOHN DOE 1-5, DEPARTMENT OF
CORRECTION EMPLOYEES, JOHN DOE 1-5

                        Defendants.
-------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, PRISON HEALTH SERVICES, INC., a non-governmental corporate party, certifies that it is and was a publicly owned corporation. Upon information and belief, American Services Group is the parent corporation of defendant PRISON HEALTH SERVICES, INC.

Dated: New York, New York
       November 30, 2007

491981.1

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP
Of Counsel to MICHAEL A. CARDOZO, ESQ.,
Corporation Counsel of the City of New York

By: _____
LAURA A. Del VECCHIO (LD 4992)
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.
Office & P.O. Address
99 Park Avenue
New York, New York 10016
(212) 286-8585

TO: ANDREW B. STOLL, ESQ.
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiff
71 Nevins Street
Brooklyn, New York 11217
(718) 852-3710
astoll@stollglickman.com

491981.1