

**STOLL, GLICKMAN & BELLINA** ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



U.S. District Court, SDNY
Hon. Naomi Reice Buchwald
500 Pearl St. Rm 2270
New York, NY 10007
by fax 212-805-7927

December 11, 2007

Re:    Dominick Beraducci v. City of New York et al.
       07CV7110



Your Honor,

I am plaintiff's counsel in the above referenced action; this is a request for an adjournment of the initial conference, scheduled for 4:00 PM on December 20, 2007, as I have plans to leave town early that afternoon.

Counsel for defendants, Laura Delvecchio, has consented to this request; we are both available January 7 or 8 in the afternoon, or January 10 or 11 at any time.

*[Handwritten note: The conference is adjourned until January 7, 2008 at 2 p.m. So Ordered. [signature] 12/11/07]*

Sincerely Yours,

[signature]

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

cc:    Laura Delvecchio
       Heidell, Pittoni, Murphy & Bach, LLP
       by fax: 212-883-7967