# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

U.S. District Court, SDNY
ATTN: Hon. Naomi Buchwald
500 Pearl St. Rm. 2270
New York, NY 10007
by fax: 212-805-7927

MAY - 6 2008
UNITED STATES DISTRICT JUDGE

May 05, 2008

Re:   Dominick Beraducci v. City of New York et al.
      07CV7110

Your Honor,

This is a request for an extension of the date scheduled by the court for completion of plaintiff's preliminary expert report, which was originally scheduled for today. Due to a series of events, we were unable to have such a report completed by today.

The necessary medical records have been obtained, however, and plaintiff is scheduled for a cardio work-up this Friday, May 9. I respectfully request until May 23rd to complete plaintiff's preliminary expert report. I have spoken with defendants' attorney, who has consented to this request.

So Ordered.
[signature]
5/7/08

Sincerely Yours,

[signature]
Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

cc:   Austa Devlin
      Heidell, Pittoni, Murphy & Bach, LLP
      99 Park Avenue
      New York, NY 10016-1601
      by fax: 212-490-8966