# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

**MEMO ENDORSED**

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



May 23, 2008

U.S. District Court, SDNY
ATTN: Hon. Naomi Buchwald
500 Pearl St. Rm. 2270
New York, NY 10007
by fax: 212-805-7927

Re:   Dominick Beraducci v. City of New York et al.
       07CV7110

Your Honor,

This is a second request to adjourn the due date of the expert report in the above referenced matter. Other health complications with my client, and further difficulties obtaining insurance coverage and getting my client a cardio work up have caused a delay in getting a timely report.

Plaintiff now had a cardio work up at Lenox Hill Hospital, which has been reviewed by Cardiologist Bruce Charash Jr, who we have retained as our expert in this matter. Dr. Charash has discussed his opinions and conclusions with me over the phone, but has not drafted an official expert report yet.

I left messages with counsel for defendants, Austa Devlin, on May 20 and today, but have not heard back from her yet. When I spoke with her in the past requesting the first extension for expert reports, however, she expressed no concern over such an extension.

I am therefore respectfully requesting until June 27, 2008, to submit a preliminary expert report, with the hope that the findings thus far may facilitate a settlement.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

cc:   Austa S. Devlin
       99 Park Avenue
       New York NY 10016
       by fax: 212-490-8966



*Application granted. No further extensions. So Ordered.*

*Naomi Reice Buchwald, USDJ*
*6/2/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08